IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA        *

vs.                             *           Case No.   GLR18-0293

MARIE DENISE GANGLER            *

                                *

******

## ORDER

Pursuant to the plea agreement between the Defendant and the United States Attorney's Office of the District of Maryland, it is this 26th day of June, 2018, by the United States District Court for the District of Maryland, ORDERED that:

1. The Clerk is directed to accept any payment submitted by Marie Denise Gangler, in criminal case no GLR18-0293, as restitution in this case and to deposit the same in the Registry of this court subject to further Orders of court; and

2. The Clerk will transmit a copy of this Order to counsel and the Finance Department of the U.S. District Court.

_____
GEORGE LEVI RUSSELL, III
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2018 JUN 26 PM 12: 42
CLERK'S OFFICE
AT BALTIMORE
BY ___NM___ DEPUTY