**U.S. Probation and Pretrial Services**
# MEMORANDUM

**DATE:** May 21, 2020

**TO:** The Honorable George L. Russell, III
U.S. District Judge

**FROM:** Adelle Awkward
U.S. Probation Officer

**SUBJECT:** Gangler, Maria Denise
Docket No.: 0416 1:18CR00293-003
Probation Expiration Date: October 28, 2020

**SUBJ:** **RESPONSE TO REQUEST FOR EARLY TERMINATION**

The purpose of this memorandum is to respectfully request Your Honor consider granting Maria Denise Gangler an early termination from supervision. Pursuant to 18 U.S.C. § 3564(c), courts are permitted to terminate probation in misdemeanor cases at any time or probation in felony cases after one year, if such action is warranted. The District of Maryland Early Termination Policy requires persons under supervision (other than low risk cases) must have completed at least 50% of their supervision period prior to being considered for early termination. Low risk cases must have completed at least one year on supervision (six months if only a one year term) prior to being considered for early termination.

On October 19, 2018, Ms. Gangler appeared before Your Honor for sentencing on the charge of Conspiracy To Commit Bankruptcy Fraud. Ms. Gangler was sentenced to 30 Days imprisonment; 23 Months Supervised Release. The term of supervision included the following additional conditions:

1. Substance Abuse Treatment
2. Financial Disclosure
3. No New Line of Credit
4. $100.00 Special Assessment
5. $320,000.00 Restitution

Ms. Gangler began her term of supervision on November 29, 2018. While under supervision, Ms. Gangler has complied with all standard and special conditions. In addition, Ms. Gangler has maintained stable residence and employment. Our last personal contact with Ms. Gangler was on May 6, 2020.

A criminal record check was completed on May 21, 2020. The record check, as well as collateral and personal contacts indicates that Ms. Gangler has not incurred any arrests since the commencement of supervision. Additionally, she does not appear to pose a risk to the public or

individuals, does not have a history of violence, and has successfully completed over half of her term of supervision.

Ms. Gangler paid the $100.00 special assessment. Additionally, she paid $320,000.00 in restitution on October 25, 2018. She successfully completed the contract substance abuse treatment program at Eva Life Giver on February 18, 2019. Ms. Gangler has been supervised on the low risk caseload since February 12, 2020.

I respectfully recommend Your Honor grant this request for early termination of supervision and indicate your decision below. If you have any questions, please contact me at 301-344-3710.

Attachments

*Adelle Awkward*

Adelle Awkward
U.S. Probation Officer

__X__ Approve early termination (Please sign the attached order)

_____ Schedule an early termination hearing

_____ Disapprove early termination

_____    5/28/2020
The Honorable George L. Russell, III    Date
U.S. District Judge

Prob Form 35
(MDP 7/19)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### District of Maryland

UNITED STATES OF AMERICA

vs.

Crim. No.: 0416 1:18CR00293-003

Maria Denise Gangler

On October 19, 2018, the defendant was placed on Supervised Release for a period of 23 months. She has complied with the rules and regulations. Accordingly, it is recommended that she be discharged from supervision.

Respectfully submitted,

_____
Adelle Awkward
U.S. Probation Officer

_____
Tara Baxa
Supervisory U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Signed this _28th_ day of _May_, 20_20_.

_____
The Honorable George L. Russell, III
U.S. District Judge